## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## NEW BERN DIVISION

In re:

Jeremy Wayne Humphries                       Case No. 12-08677-8-RDD
Jackie Marie Humphries                         Chapter 7
    Debtor

### CERTIFICATE OF SERVICE

I Robert Lewis, Jr. do hereby certify, under penalty of perjury, that I am sufficient age to tender service; and that on this day I have served notice of filing an Amended Schedule D and F, Declaration Concerning Debtors Schedule, Summary of Schedule and Creditor Matrix, by regular U.S. mail or by Electronic Case Filing System, upon the parties set forth below:

      George Oliver (sent via electronic filing)
      Chapter Trustee

      Marjorie K. Lynch (sent via electronic filing)
      Bankruptcy Administrator

      Sawyer's House of Furniture, Inc. (sent via electronic filing)
      PO Box 1545
      Elizabeth City, NC 2796

      Elizabeth City Coast Guard Emp CU (sent via electronic filing)
      PO Box 1009
      Elizabeth City, NC 27906

      Jeremy Wayne Humphries
      Jackie Marie Humphries
      133 Wildwood Road Apt 616
      Newport, NC 28570

This 24th day of January, 2013.

                                                                      The Lewis Law Firm, P.A.
                                                                      /s/Robert Lewis, Jr.
                                                                      ROBERT LEWIS, JR.
                                                                      Attorney for Debtor
                                                                      NC Bar # 35806
                                                                      421 Fayetteville Street
                                                                      Suite# 1507

Raleigh, NC  27601
Telephone: 919 792-1920
Facsimile: 866 628-2621
rlewis@thelewislawfirm.com

**12-08677-8-RDD** Jeremy Wayne Humphreys and Jackie Marie Humphreys
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Randy D. Doub
**Date filed:** 12/07/2012 **Date of last filing:** 01/24/2013

# Creditors

| | |
|---|---|
| **12-8677** | (4448273) (cr) |
| **Capital One** PO Box 30285 Salt Lake City, UT 84130 | (4448274) (cr) |
| **Elizabeth City Coast Guard Emp CU** PO Box 1009 Elizabeth City, NC 27906 | (4480117) (cr) |
| **Ford Motor Credit** P.O. Box 6248 Dearborn, MI 48126 | (4448275) (cr) |
| **GECRB/AMAZON** P.O. Box 960013 Orlando, FL 32896 | (4448276) (cr) |
| **GECRB/jcp** P.O. Box 960090 Orlando, FL 32896-0090 | (4448277) (cr) |
| **Honda Financial** P.O Box 1844 Alpharetta, GA 30023-1844 | (4448278) (cr) |
| **HSBC Retail Services** P.O. Box 5238 Carol Stream, IL 60197-5238 | (4448279) (cr) |
| **Hyundai** P.O. Box 650805 Dallas, TX 75265 | (4448280) (cr) |
| **Internal Revenue Service** 320 Federal Pl, Rm 335 Greensboro, NC 27401 | (4448281) (cr) |
| **LOWES/GECRB** P.O. Box 530914 Atlanta, GA 30353 | (4448282) (cr) |

**Midlan Mortgage**  
P.O. Box 26648  
Oklahoma City, OK 73126-0648

(4448283)  
(cr)

**OLD NAVY/GECRB**  
P.O. Box 530942  
Atlanta, GA 30353-0942

(4448284)  
(cr)

**Sawyer's House of Furniture, Inc.**  
PO Box 1545  
Elizabeth City, C 27906-1545

(4480116)  
(cr)

**USAA**  
10750 McDermott FWY  
San Antonio, TX 78265

(4448285)  
(cr)

**Victoria Secrets**  
P.O Box 659728  
San Antonio, TX 78265

(4448286)  
(cr)

**Vinings At Wildwood**  
133 Wildwood Rd  
Newport, NC 28570

(4448287)  
(cr)

**WFNNB-MAURICES**  
P.O. Box 659705  
San Antonio, TX 78265-9705

(4448288)  
(cr)