```
                                            IN RE
                                            JEREMY WAYNE HUMPHREYS
                                            133 WILDWOOD RD, APT 517
    1208677-Court-A-Unit
    ROBERT LEWIS, JR, ATTY                  NEWPORT, NC 28570
    ONE BANK OF AMERICA PLAZA                       SSN or Tax I.D.   XXX-XX-7898
    421 FAYETTEVILLE STREET, STE 1507       ------------------------------
    RALEIGH, NC 27601                       JACKIE MARIE HUMPHREYS
                                            133 WILDWOOD RD, APT 517

                                            NEWPORT, NC 28570
                                                    SSN or Tax I.D.   XXX-XX-1785


    United States Bankruptcy Court
    1760 Parkwood Boulevard
    Courtroom Room 101                          Chapter 13
    Wilson, NC 27893                            Case Number:  12-08677-8-JRL
```

                        NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the
Chapter 13 Plan.

Your rights may be affected.   You should read these papers carefully and discuss them with your attorney,
if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to
consider your views on the motion, then on or before 07/29/2013, you or your attorney must file with
the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your
position, and a request for hearing at:

                        U.S. Bankruptcy Court
                        Eastern District of North Carolina
                        1760-A Parkwood Blvd
                        Wilson, NC  27893

If you mail your response to the court for filing, you must mail it early enough so the court will receive
it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                          Attorney:                              Trustee:
JEREMY WAYNE HUMPHREYS               ROBERT LEWIS, JR, ATTY                 Richard M. Stearns
133 WILDWOOD RD, APT 517             ONE BANK OF AMERICA PLAZA              1015 Conference Dr.
NEWPORT, NC 28570                    421 FAYETTEVILLE STREET, STE 1507      Greenville, NC 27858
------------------------------       RALEIGH, NC 27601
JACKIE MARIE HUMPHREYS
133 WILDWOOD RD, APT 517
NEWPORT, NC 28570
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will
be conducted  on  the motion at a date, time  and  place  to  be  later  set and all parties will be notified
accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief
sought in the motion or objection and may enter an order granting that relief.

```
Date: June 26, 2013                         Richard M. Stearns
                                            Chapter 13 Trustee
                                            1015 Conference Dr.
                                            Greenville, NC 27858
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:                                                                             CASE NUMBER:  12-08677-8-RDD

**JEREMY WAYNE HUMPHREYS**

**JACKIE MARIE HUMPHREYS**

                                                                                              **CHAPTER 13**

**DEBTOR(S)**

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on June 10, 2013, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case.  The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors.  The debtor(s) plan provides for payments of:

    $600.00 PER MONTH FOR 60 MONTHS

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before September 9, 2013 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before October 30, 2013 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

    <u>Creditor</u>                          <u>Collateral</u>                       <u>Repayment Rate/Term</u>

| | | | |
|---|---|---|---|
| #7 AMERICAN HONDA FINANCE CORP | '11 HONDA PCX125 | | TO BE PAID DIRECT |
| #10 SAWYERS HOUSE OF FURNITURE | MISC | | TO BE PAID DIRECT |

    b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation.  Arrearages, if any, to be paid over the life of the plan.  Two post-petition contractual payments shall be included in the arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**
.

| Creditor | Collateral |
|---|---|
| NONE | |

    c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

    e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

#6  FORD MOTOR CREDIT, '11 FORD F-150, THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL.  THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED

#8  HYUNDAI MOTOR FINANCE, '12 HYUNDAI SONATA, THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL.  THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED

#9  MIDLAND MORTGAGE CO, 108 SHANNA DR, THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL.  THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7, 8 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion.  The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| #22  VININGS AT WILDWOOD | RES LEASE | ASSUME; TO BE PAID DIRECT |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00.  The Trustee recommends to the Court a fee of $3,700.00.  If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   NONE

                                                RICHARD M. STEARNS
                                                _____
                                                Standing Chapter 13 Trustee

# EXHIBIT 'A'

**DEBTORS:** JEREMY & JACKIE HUMPHREYS  **CASE NUMBER:** 12-08677-8-RDD

**EMPLOYMENT:**
Debtor: UNITED STATES COAST GUARD  GROSS INCOME: $5,209.78
Spouse: VA DISABILITY  $1,339.67

**Prior Bankruptcy cases:** Yes ☐  No ☒  If so, Chapter ___ filed ___
Disposition:

**Real Property:** House and Lot ☒  Mobile home ☐  Lot/Land ☐  Mobile Home/Lot ☐
Description: ABANDON PROPERTY @ 108 SHANNA DRIVE / JOINT
FMV $177,000.00  Date Purchased
Liens $182,442.81  Purchase Price
Exemptions $0.00  Improvements
Equity $ 0.00  Insured For
Rent  Tax Value $145,700.00

Description N/A
FMV  Date Purchased
Liens  Purchase Price
Exemption  Improvements
Equity $ 0.00  Insured For
Rent  Tax Value

**COMMENTS:**

**Attorney Fees:**
Requested: $3,700.00 (excluding filing fee)
Paid: $1,880.00 (excluding filing fee)
Balance: $1,820.00

**Trustee's Recommendation:** $3,700.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $26,161.64 | Pay in | $36,000.00 | Priority | 100.00% |
| Priority | $6,500.00 | Less 8.00% | $2,880.00 | Secured | 0.00% |
| Secured | $0.00 | Subtotal | $33,120.00 | Unsecured | 100.00% |
| Unsecured | $19,661.64 | Req. Atty. Fee | $1,820.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $31,300.00 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

**Annual Review:** Yes ☒  No ☐
**Payroll Deduction:** Yes ☐  No ☒
Objection to Confirmation: Yes ☐  No ☒

Pending:

   Resolved:

<u>Motions Filed:</u>   Yes ☐  No  ☒

   If so, indicate type and status:

Hearing Date:

| CASE: 1208677 | TRUSTEE: 54 | COURT: 278 | Page 1 of 2 |
|---|---|---|---|
| TASK: 06-25-2013.00669389.LSA000 | | DATED: 06/26/2013 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Richard M. Stearns | 1015 Conference Dr.<br>Greenville, NC 27858 |
| Debtor | | JEREMY WAYNE HUMPHREYS | 133 WILDWOOD RD, APT 517<br>NEWPORT, NC 28570 |
| Joint | | JACKIE MARIE HUMPHREYS | 133 WILDWOOD RD, APT 517<br>NEWPORT, NC 28570 |
| 799 | 000002 | ROBERT LEWIS, JR, ATTY<br>421 FAYETTEVILLE STREET, STE 1507 | ONE BANK OF AMERICA PLAZA<br>RALEIGH, NC 27601 |
| 011 | 000011 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY | P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| IRS | 000004 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SUPPORT SERVICES | PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| NCREV | 000005 | NC DEPT OF REVENUE<br>CHAPTER 13 BANKRUPTCY | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| ESC | 000003 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | PO BOX 26504<br>RALEIGH, NC 27611 |
| 013 | 000013 | ELIZABETH CITY COAST GUARD EMP CU | PO BOX 1009<br>ELIZABETH CITY, NC 27906 |
| 010 | 000010 | SAWYERS HOUSE OF FURNITURE<br>ATTN: MANAGING OR SERVICE AGENT | PO BOX 1545<br>ELIZABETH CITY, NC 27909-0000 |
| 022 | 000022 | VININGS AT WILDWOOD | 133 WILDWOOD RD<br>NEWPORT, NC 28570 |
| 018 | 000018 | OLD NAVY | PO BOX 530942<br>ATLANTA, GA 30353 |
| 017 | 000017 | GEMB/LOWES | PO BOX 530914<br>ATLANTA, GA 30353-0914 |
| 015 | 000015 | JC PENNEY<br>CHAPTER 13 BANKRUPTCY | PO BOX 960090<br>ORLANDO, FL 32896 |
| 014 | 000014 | AMAZON.COM<br>CHAPTER 13 BANKRUPTCY | PO BOX 960013<br>ORLANDO, FL 32896-0013 |
| 023 | 000023 | FORD MOTOR CREDIT<br>CHAPTER 13 BANKRUPTCY | PO BOX 6275<br>DEARBORN, MI 48121 |
| 006 | 000006 | FORD MOTOR CREDIT<br>PO BOX 55000 | DEPT 55953<br>DETROIT, MI 48255-0953 |
| 016 | 000016 | HSBC<br>CHAPTER 13 BANKRUPTCY | PO BOX 5238<br>CAROL STREAM, IL 60197-5238 |
| 009 | 000009 | MIDLAND MORTGAGE CO. | PO BOX 26648<br>OKLAHOMA CITY, OK 73126-0000 |
| 007 | 000007 | AMERICAN HONDA FINANCE CORPORATION<br>CHAPTER 13 RECOVERY | PO BOX 168088<br>IRVING, TX 75016-8088 |
| 008 | 000008 | HYUNDAI MOTOR FINANCE<br>CHAPTER 13 BANKRUPTCY | PO BOX 650805<br>DALLAS, TX 75265 |
| 019 | 000019 | USAA FEDERAL SAVINGS BANK<br>CHAPTER 13 BANKRUPTCY | 10750 MCDERMOTT FREEWAY<br>SAN ANTONIO, TX 78288-0544 |
| 012 | 000012 | CAPITAL ONE | PO BOX 30285<br>SALT LAKE CITY, UT 84130 |
| 020 | 000020 | QUANTUM 3 GROUP | POB 788<br>KIRKLAND, WA 98083-0788 |

| | | | | |
|---|---|---|---|---|
| CASE: 1208677 | TRUSTEE: 54 | COURT: 278 | | Page 2 of 2 |
| TASK: 06-25-2013.00669389.LSA000 | | DATED: 06/26/2013 | | |

021      000021      QUANTUM 3 GROUP                                POB 788
                                                                    KIRKLAND, WA 98083-0788

26 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  06/26/2013.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    06/26/2013    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail